Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Suite 207
Lakewood, CA 90712
tel(562) 866-8755   fax(562) 866-6875
tlwhiteleather@juno.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA CRESPO, | CASE NO. CV 12-06409 SVW (SHx) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| LOS ANGELES COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

The Court, having received Defendant Los Angeles County Office of Education's offer for entry of judgment in favor of Plaintiff Griselda Crespo in the sum of $ 37,000, and having received Plaintiff's notice of acceptance and proof of service of that offer, both of which were issued on December 24, 2012, hereby Orders

JUDGMENT IS ORDERED in favor of Plaintiff Griselda Crespo in the sum of $ 37,000.00, which shall include all costs and attorney's fees otherwise recoverable.

Dated: February 1, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

1